UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CYFLARE SECURITY INC.,<br><br>       Defendant. | **RULE 7.1 STATEMENT**<br><br>Civil Action No.<br>4:25-cv-00410-MTS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 2.09, the undersigned counsel for Defendant Tambe CyFlare Security, Inc. discloses that it does not have parent corporation and no publicly traded company owns 10% or more of its stock.

Dated:  May 15, 2025

                  BOND, SCHOENECK & KING, PLLC

                  By:   /s/ Curtis A. Johnson
                     Curtis A. Johnson
                     (admitted pro hac vice)
                  *Attorneys for CyFlare Security, Inc.*
                  350 Linden Oaks, Third Floor
                  Rochester, New York  14625-2825
                  Telephone:  (585) 362-4700