UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

EDWARD J. KOELLER, individually and on behalf of all others similarly situated,

                  Plaintiff,

v.

CYFLARE SECURITY, INC.

                  Defendants.

AFFIDAVIT OF SERVICE

Civil Action No.
4:25-cv-00410-MTS

Kristofer Leo, being duly sworn, deposes and says that, I am over the age of 18, and am not a party to this action, and that on ___June 17___, 2025, I served a copy of Defendant's Motion to Dismiss Plaintiff's Amended Complaint and all accompanying papers on the parties whose names are set forth below via First Class Mail by enclosing a true and correct copy of said documents in a securely sealed, postpaid envelope addressed to said parties at the post office addresses as set forth below and by depositing the same in a mail box regularly maintained by the United States Postal Service located in Rochester, New York.

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Sworn to me before this 17 day
Of June, 2025

_____
Notary Public

KRISTIN ANN FULMER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FU6422965
Qualified in Monroe County
Commission Expires Oct. 4, 2025

_____
Kristofer Leo