# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD J. KOELLER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CYFLARE SECURITY INC**.<br><br>*Defendant*. | No. 4:25-cv-00410-MTS |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 4.01(A), Plaintiff Edward J. Koeller respectfully moves this Court for a twenty-one (21) day extension of time to respond to Defendant's Motion to Dismiss (ECF Nos. 20–22). In support, Plaintiff states as follows:

1. Plaintiff filed a First Amended Complaint on June 3, 2025. ECF No. 18.

2. Defendant filed a Motion to Dismiss the First Amended Complaint on June 17, 2025. ECF Nos. 20–22.

3. Pursuant to Local Rule 4.01(B), Plaintiff's response is currently due on July 1, 2025.

4. Due to the number and complexity of the issues raised in the motion, overlapping deadlines, and counsel's travel schedules over the Fourth of July holiday, Plaintiff requests a brief extension to allow sufficient time to fully analyze and respond.

5. If granted, Plaintiff's deadline to respond would be extended to July 22, 2025.

6. On June 30, 2025, Plaintiff's counsel conferred with Defendant's counsel, who confirmed that Defendant does not oppose this request.

7.     This request is made in good faith and not for purposes of delay. No party will be prejudiced by the extension.

WHEREFORE, that the Court extend the deadline for Plaintiff's response to Defendant's Motion to Dismiss by twenty-one (21) days, up to and including July 22, 2025.

Date: June 30, 2025

*/s/ Cassandra P. Miller*
Anthony I. Paronich (678437MA)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
F: (508) 318-8100
anthony@paronichlaw.com

Cassandra P. Miller*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
T: (872) 263-1100
F: (872) 263-1109
cmiller@straussborrelli.com

**Pro hac vice*
*Attorneys for Plaintiff and the*
*Proposed Class*