# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD J. KOELLER**, individually and on behalf of all others similarly situated, *Plaintiff*, v. **CYFLARE SECURITY INC**. *Defendant*. | No. 4:25-cv-00410-MTS |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to respond to Defendant's Motion to Dismiss. Having considered the same, and good cause appearing, the Court **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended by twenty-one (21) days. Plaintiff shall file the response on or before July 22, 2025.

**IT IS SO ORDERED** this the _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW T. SCHELP