# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, *individually and on behalf of all others similarly situated*, ) ) ) Plaintiff, ) ) vs. ) ) CYFLARE SECURITY, INC., ) ) Defendant. ) | Case No. 4:25-cv-00410-MTS |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file.  On July 22, 2025, Plaintiff Edward Koeller filed a Declaration in this matter, signed solely by the Plaintiff under penalty of perjury.  Doc. [26].  This is not permitted.  Federal Rule of Civil Procedure 11(a) states that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name."  *See, e.g.*, *O'Brien v. Alexander*, 101 F.3d 1479, 1488 (2d Cir. 1996) ("*Every paper* submitted to the district court on behalf of a represented party must be signed by an attorney of record.") (emphasis added).  Rule 11(a) is satisfied by a party's signature only "if the party is unrepresented," and Plaintiff is represented by counsel in this matter.  Doc. [5].  Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."  Fed. R. Civ. P. 11(a).  The Court will therefore require Plaintiff to correct the error identified herein by submitting to the Clerk of Court an

- 2 -

appropriately signed copy of Document 26.  Failure to do so will result in striking the document from the record.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall comply with Federal Rule of Civil Procedure 11(a), as explained herein, no later than **Wednesday**, **July 30, 2025**.

Dated this 23rd day of July 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE