— **EXHIBIT A** —

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD J. KOELLER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CYFLARE SECURITY INC.**,<br><br>Defendant. | 4:25-cv-00410-MTS |

### DECLARATION OF EDWARD J. KOELLER

I, Edward J. Koeller, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned case. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint.

2. I have personal knowledge of the facts stated herein and could testify competently to them if called upon to do so.

3. On January 30, 2024, I was deposed in *Koeller v. CybelAngel USA, Inc.*, No. 4:23-cv-00319-SEP (E.D. Mo.) ("CybelAngel").

4. When I was employed as a cybersecurity incident responder, that position required me to be reachable at all times—including on my personal cell phone— in order to be notified of active cyberattacks. Because of that, I received a $35 monthly stipend from my employer to help cover my cell phone bill. I no longer hold that position.

5. As of approximately January 2020, my role at the company changed. My current position is within the company's vulnerability management team, which focuses on identifying

1

and addressing potential cybersecurity risks before they lead to an incident. This role does not require me to be on call.

      6.      My employer-provided cell phone stipend ended on August 31, 2024.

**Pursuant to 28 U.S.C. § 1746, I declare and sign under penalty of perjury of the United States of America that the foregoing is true and correct.**

Executed on July 21, 2025 in Saint Louis (city), Missouri (state).

*[signature]*

Edward J. Koeller

Submitted by:
*/s/ Cassandra P. Miller*
Cassandra P. Miller (pro hac vice)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
T: (872) 263-1100
F: (872) 263-1109
cmiller@straussborrelli.com

2