UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

---

EDWARD J. KOELLER, individually and on behalf of all others similarly situated,

           Plaintiff,

v.

CYFLARE SECURITY, INC.,

           Defendant.

Civil Action No.

4:25-cv-00410-MTS

---

**DECLARATION OF AKASH DESAI REGARDING
FUTURE COMMUNICATIONS WITH EDWARD J. KOELLER**

AKASH DESAI, declares as follows under penalty of perjury:

1. I am the co-Chief Executive Officer of CyFlare Security, Inc., defendant in the above captioned action, and as such I am fully familiar with the facts stated herein.

2. CyFlare Security, Inc. will no longer contact Plaintiff Edward J. Koeller on his cellular phone number 314-602-3170, the phone number at issue in this litigation.

Dated: July 28, 2025

                                                             Akash Desai

Submitted by:

BOND, SCHOENECK & KING, PLLC

By: _____
    Curtis A. Johnson
350 Linden Oaks, Third Floor
Rochester, New York 14625
Tel: (585) 362-4700
cjohnson@bsk.com

22051313.v1