## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CYFLARE SECURITY, INC.<br><br>Defendant. | Case No. 4:25-cv-00410-MTS<br><br>**[PROPOSED] SCHEDULING ORDER** |

Pursuant to the Court's Order Setting Rule 16 Scheduling Conference, Plaintiff Edward J. Koeller ("Plaintiff") and Defendant Cyflare Security, Inc. ("Defendant") (collectively, "the Parties") submit the following Joint Proposed Scheduling Order.

1. **Joinder/Amendment**: Motions to amend pleadings or join additional parties shall be filed no later than **May 14, 2026**.

2. **Protective Order**: The Parties shall submit a proposed protective order to the Court on or before **April 24, 2026**.

3. **Initial Disclosures**: To the extent not completed, the Parties will exchange initial disclosures required pursuant to Fed. R. Civ. P. 26(a)(1) on or before **March 13, 2026**.

4. **Mediation**: The Parties will complete an initial mediation session on or before **April 24, 2026**.

5. **Discovery Limits**: The Parties will be limited to 10 depositions per side pursuant to Fed. R. Civ. P. 30(a)(2)(A) and 25 interrogatories per side pursuant to Fed. R. Civ. P. 33(a).

23137538.v1

6. **Completion of Class Discovery**: The Parties will complete class discovery on or before **November 2, 2026**. The Court will set deadlines for the completion of further discovery after determining the issue of class certification.

7. **Expert Disclosures Relating to Class Certification**: The Parties will identify their proposed experts and exchange expert reports relating to class certification on **July 9, 2026**. Rebuttal reports shall be exchanged on **August 20, 2026**. Expert depositions shall be completed by **November 2, 2026**.

8. **Motions for Class Certification**: The Plaintiff will file his motion for class certification on or before **November 9, 2026** after which a briefing schedule will be set by the Court.

9. **Post-Certification Deadlines**: After ruling on the motion for class certification, the Court, in consultation with the Parties, will set deadlines for the completion of any additional discovery, experts discovery, dispositive motions and trial.

10. **Format of Electronic Discovery**: Electronic documents shall be produced in the form of multi-page, color, bates-numbered PDF images together with load files. All Excel (or other electronic spreadsheet) files, PowerPoint (or other electronic slideshow) files, and photographic files, including any such files attached to emails, shall be produced in native format, if available. The following metadata shall be included in the load files to the extent the metadata is embedded in the individual electronic documents. If there are any issues with the production of these metadata fields, the parties will meet and confer and attempt to resolve them.

- DocID
- BegDocID
- EndDocID
- Document Type
- DateSent
- TimeSent
- Subject
- To

23137538.v1

- Attach DocIds
- ParentDocId
- Author
- Filename
- Date Created
- Date Modified
- From
- CC
- BCC
- File Source Location/File Path
- Native Link
- Text Path

Non-electronic documents shall be produced as multi-page, color, bates-numbered PDF images together with load files, and only the following metadata fields: DocID, BegDocID, and EndDocID fields.

Dated: March 10, 2026

| PARONICH LAW, P.C. | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By:  /s/ Anthony J. Paronich      Anthony J. Paronich (admitted pro hac vice) 350 Lincoln Street, Suite 2400 Hingham, MA 02043 Tel: (617) 485-0017 anthony@paronichlaw.com | By:  /s/ Curtis A. Johnson      Curtis A. Johnson (admitted pro hac vice) 350 Linden Oaks, Third Floor Rochester, New York 14625 Tel: (585) 362-4812 cjohnson@bsk.com |
| *Counsel for Plaintiff and Proposed Class* | *Counsel for Defendant* |

SO ORDERED:

_____
Hon. Matthew T. Schelp, U.S.D.J.

23137538.v1