**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**AT ST. LOUIS**

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>CYFLARE SECURITY INC.,<br><br>    Defendant. | No. 4:25-cv-00410-MTS<br><br>Honorable District Judge Matthew T. Schelp |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Edward J. Koeller and Defendant CyFlare Security, Inc. (the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle on the material terms of an individual settlement that will resolve this action in its entirety. The Parties anticipate filing a stipulation of dismissal within forty-five (45) days of this Notice.

In light of the foregoing, the Parties respectfully request that the Court stay all deadlines and dates in this matter pending the filing of the stipulation of dismissal.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 20th day of April, 2026.

By */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW PC**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*
*and the Putative Class*

*/s/ Curtis A. Johnson*
Curtis A. Johnson
**BOND SCHOENECK AND KING PLLC -**
350 Linden Oaks
Third Floor
Rochester, NY 14625
[t] 585-362-4812
[f] 585-362-4881
cjohnson@bsk.com

*Counsel for Defendant*
*Cyflare Security Inc.*